## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE TOMIAK,<br>          **Plaintiff,**<br><br>          v.<br><br>UNILOG CONTENT SOLUTIONS, LLC,<br>          **Defendant.** | CIVIL ACTION<br><br><br><br>NO.  25-1685 |

## ORDER

**AND NOW**, this 14th day of May, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF Nos. 27, 37), and Plaintiff's opposition thereto (ECF No. 34), **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** with respect to the following, which are **DISMISSED WITH PREJUDICE**:

    a. Plaintiff's pregnancy discrimination and retaliation claims brought pursuant to Title VII and the Pennsylvania Human Relations Act;

    b. Plaintiff's hostile work environment claim brought pursuant to Title VII; and,

    c. Plaintiff's retaliation claim brought pursuant to the Family and Medical Leave Act.

2. The Motion is **DENIED** in all other respects.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, C.J.**